*JACQUELINE M. JAMES, ESQ.*

THE JAMES LAW FIRM                     T: (914) 358 6423
445 HAMILTON AVENUE                    F: (914) 358 6424
SUITE 1102                             JJAMES@JACQUELINEJAMESLAW.COM
WHITE PLAINS, NY 10601                 JACQUELINEJAMESLAW.COM

April 17, 2026

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: 1:25-cv-06412-RA; *Plaintiff's Second Request for an Extension of Time Within Which to Effectuate Service on Defendant***

Dear Judge Abrams,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On August 5, 2026, Plaintiff filed the instant case against John Doe subscriber assigned IP address 108.41.167.97 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On August 18, 2024, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third party subpoena on Defendant's ISP.

On October 9, 2026, the Court granted Plaintiff leave to serve a third-party subpoena. Plaintiff served Defendant's ISP with a third-party subpoena on or about October 10, 2026, and in accordance with the time allowances provided to both the ISP and Defendant, expected to receive the ISP response on or about February 17, 2026.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff was originally required to effectuate service on the Defendant no later than November 3, 2025.  Because Plaintiff did not expect to receive the ISP response until February 17, 2026, on October 14, 2025, Plaintiff filed its First Motion for Extension of Time Within Which to Effectuate Service on John Doe Defendant ("First Motion for Extension").

1

On October 15, 2025, the Court granted Plaintiff's First Motion for Extension, extending the deadline to effect service to April 18, 2026.

Plaintiff received the ISP response and is currently conducting a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action prior to attempting to effect service of process on that individual.

Plaintiff respectfully requests that the deadline to effect service be extended for an additional fifty (60) days, and thus the deadline to effect service be extended to June 17, 2026. This extension should allow Plaintiff time to complete its further investigation and, if a good faith basis continues to exist, to proceed against that individual (or someone else), amend the Complaint, file a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and attempt to effect service of process on that individual.

For the foregoing reasons, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended to June 17, 2026.

Respectfully Submitted,

Application granted.

SO ORDERED.

_____

Hon. Ronnie Abrams
April 20, 2026

By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com

2